## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **THOMAS J. BUTLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    No. 24-cv-02251-TLP-tmp |
| | ) |
| **AMAZON FULFILLMENT CENTER,** | ) |
| **MEM 4** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

On April 17, 2024, plaintiff Thomas J. Butler filed a complaint against defendant Amazon Fulfillment Center, MEM 4. (ECF No. 1.) Butler filed a motion to proceed *in forma pauperis*, which the undersigned granted on May 6, 2024. (ECF No. 2, 6.) Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination and/or report and recommendation, as appropriate.

IT IS ORDERED that the Clerk shall issue process for defendants and deliver said process to the U.S. Marshal for service in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). All costs of service shall be advanced by the United States.

IT IS ORDERED that the plaintiff shall serve a copy of

every further document filed in this cause on the attorneys for the defendants, or on the defendants if they do not have an attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall become familiar with the Federal Rules of Civil Procedure and this court's Local Rules.[1]

The plaintiff shall promptly notify the Clerk in writing of any change of address. Failure to comply with this requirement, or any other order of the court, may result in the dismissal of this case without further notice.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

May 6, 2024
Date

---

[1] A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.