```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | | |
|---|---|---|
| **THOMAS J. BUTLER,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-cv-02251-TLP-tmp |
| | ) | |
| **AMAZON FULFILLMENT CENTER,** | ) | |
| **MEM 4** | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER TO APPEAR FOR SCHEDULING CONFERENCE**

Plaintiff Thomas J. Butler filed a *pro se* complaint on April 17, 2024.[1] (ECF No. 1.) A scheduling conference was set for Tuesday, July 30, 2024. (ECF No. 12.) However, Butler did not appear for the scheduling conference.

The conference is hereby reset to Tuesday, August 13, 2024, at 10:00 am. **Butler is ORDERED to appear in person for the scheduling conference. Failure to do so may result in dismissal of the case with prejudice for failure to prosecute.**

IT IS SO ORDERED.

                                              s/Tu M. Pham
                                              TU M. PHAM
                                              Chief United States Magistrate Judge

---

[1]Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

<u>July 30, 2024</u>
Date